UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

FRANCES MARX, IV and MAUREEN MARX as beneficiaries of the ESTATE OF FRANCES J. MARX, V
Plaintiffs,

v.

CIVIL ACTION NO. 04-

JARRAD ROCHELEAU; LOREN WELSH; GLENN STURGEON; TREMBLAY'S BUS COMPANY, INC.; JOSEPH DECANDIDO; P.J. ENTERPRISES, INC., d/b/a THE BLACK RHINO BAR AND GRILLE and THE MAMBA ROOM; KINSLEY'S, LTD., d/b/a THE NEWPORT BLUES CAFÉ; and LAURA SITRIN, in her capacity as FINANCE DIRECTOR of the CITY OF NEWPORT,
Defendants.

CA 06 15 ML

**NOTICE OF REMOVAL OF THE DEFENDANTS,**
**GLENN STURGEON and TREMBLAY'S BUS COMPANY, INC.**

Defendants Glenn Sturgeon and Tremblay's Bus Company, Inc. hereby petitions for the removal of the above-entitled action from the Providence County Superior Court to this Court. The grounds for this Notice are as follows.

(1) Petitioners are defendants in the above-entitled action.

(2) The plaintiffs, Francis Marx, IV and Maureen Marx as beneficiaries of the Estate of Francis J. Marx, V, allege that they reside in the Town of Richboro, Commonwealth of Pennsylvania and at all applicable times were the parents of Francis J. Marx, V.

(3) The defendant Jarrad Rocheleau is alleged to be a resident of the Town of Cumberland, State of Rhode Island.

(4) The defendant Loren Welsh is alleged to be a resident of the Town of Branchburg, State of New Jersey.

(5) The defendant Glenn Sturgeon is a resident of the Town of Acushnet, Commonwealth of Massachusetts.

(6) The defendant Tremblay's Bus Company, Inc. is a Massachusetts corporation.

(7) The defendant Joseph DeCandido is, upon information and belief, alleged to be a resident of Valhalla, New York.

(8) The defendant P.J. Enterprises, Inc. is alleged to be a Rhode Island corporation.

(9) The defendant Kinsley's Ltd. is alleged to be a Rhode Island corporation.

(10) The defendant Laura Sitrin is alleged to be the Finance Director of the City of Newport, State of Rhode Island.

(11) On December 16, 2005, the above-entitled action was commenced against the defendants in the Providence County Superior Court of the State of Rhode Island, and is now pending therein.

(12) On or about December 18, 2005, defendant, Tremblay's Bus Company, Inc., received service of the Summons and Complaint in the above-entitled action, a copy of which is attached hereto and marked Exhibit "A".

(13) On or about December 18, 2005, the defendant Glenn Sturgeon, received service of the Summons and Complaint in the above entitled action, a copy of which is attached hereto and marked Exhibit "B".

(14) No further proceedings have been had herein in the Providence County Superior Court of the State of Rhode Island.

(15) In the Plaintiffs' Complaint, the plaintiffs Francis Marx, IV and Maureen Marx allege that the wrongful death of their son, Frances J. Marx, V, resulted from the defendants' tortuous conduct.

(16) The amount in controversy in the above-entitled action exclusive of interest and costs exceeds Seventy-Five Thousand Dollars ($75,000.00).

(17) This Court has original jurisdiction of this action based on diversity of citizenship of the parties, 28 U.S.C. 1332, and the action may be removed to this Court pursuant to 28 U.S.C. 1441(a) and (b).

(18) This petition is filed with this Court pursuant to 28 U.S.C. § 1446, within 30 days after receipt by petitioners of the summons and complaint in the above-entitled action.

WHEREFORE, petitioners, Glenn Sturgeon and Tremblay's Bus Company, Inc., pray that the above-entitled action be removed from the Providence County Superior Court of the State of Rhode Island, to this Court.

Signed under the penalties of perjury this 12th day of January, 2006.

Glenn Sturgeon and Tremblay's Bus Company, Inc.,
By their attorney,

T. Dos Urbanski, R.I. Bar #6440
MELICK, PORTER & SHEA, LLP
369 South Main Street
Providence, RI 02903
(401) 941-0909

CERTIFICATE OF SERVICE

I, T. Dos Urbanski, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

Robert D. Parrillo, Esquire
THE PARRILLO LAW FIRM
128 Dorrance Street, Ste. 450
Providence, RI 02903

T. Dos Urbanski

Date: January 12, 2006

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCES MARX, IV and MAUREEN MARX as beneficiaries of the ESTATE OF FRANCES J. MARX, V | |
| v. | CIVIL ACTION NO. 06- 15ML |
| JARRAD ROCHELEAU; LOREN WELSH; GLENN STURGEON; TREMBLAY'S BUS COMPANY, INC.; JOSEPH DECANDIDO; P.J. ENTERPRISES, INC., d/b/a THE RHINO BAR AND GRILLE and THE MAMBA ROOM; KINSLEY'S, LTD., d/b/a THE NEWPORT BLUES CAFÉ; and LAURA SITRIN, in her capacity as FINANCE DIRECTOR of the CITY OF NEWPORT | |

VERIFICATION OF NOTICE OF REMOVAL

I, T. Dos Urbanski, being first duly sworn, say that I am counsel for Glenn Sturgeon and Tremblay's Bus Company, Inc. and that the representations made in its Notice of Removal are true to the best of my knowledge and belief.

T. Dos Urbanski

Subscribed and sworn to before me this 12th day of January, 2006.

Notary Public
My Commission Expires: 11/27/09

KATHRYN LEIGH CEURVELS
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires November 27, 2009