"B"

# State of Rhode Island and Providence Plantations
## SUPERIOR COURT

[✓] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No.

Francis Marx, VI and Maureen Marx as beneficiaries of the Estate of Francis J. Marx, V
Plaintiff

Jarrad Rocheleau, et als
Defendant

**Summons**

PLEASE SERVE:
Agent for Service of Process:
TREMBLAY'S BUS CO., INC.
c/o Leo R. Tremblay
2284 Myrtle Street
New Bedford, MA 02746

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon .... Robert D. Parrillo, Esq. .... Plaintiff's attorney, whose address is .... The Parrillo Law Firm, 128 Dorrance Street, Suite 450, Providence, RI 02903 .... an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]

CLERK

Dated: December 16, 2005

(Seal of the Superior Court)

S-135 (REV. 10/00)