UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FRANCES MARX, IV and MAUREEN MARX as beneficiaries of the ESTATE OF FRANCES J. MARX, V<br>Plaintiffs, | * | 06-15ML |
| v. | * | Civil Action No.: 06- |
| JARRAD ROCHELEAU; LOREN WELSH; GLENN STURGEON; TREMBLAY'S BUS COMPANY, INC.; JOSEPH DECANDIDO; P.J. ENTERPRISES, INC.; d/b/a THE RHINO BAR AND GRILLE and THE MAMBA ROOM; KINSLEY'S LTD. d/b/a THE NEWPORT BLUES CAFÉ; and LAURA SITRIN, in her capacity as FINANCE DIRECTOR of the CITY OF NEWPORT<br>Defendants. | * | |

NOTICE OF APPEARANCE

Pursuant to Fed. R. Civ. P. 11, please enter my appearance as counsel of record for the defendants, Glenn Sturgeon and Tremblay's Bus Company, Inc., in the above captioned matter.

T. Dos Urbanski (cmap)

T. Dos Urbanski, RI Bar #6440
MELICK, PORTER & SHEA, LLP
369 South Main Street
Providence, RI 02903
(401) 941-0909

CERTIFICATE OF SERVICE

I, T. Dos Urbanski, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

Robert D. Parrillo, Esquire
THE PARRILLO LAW FIRM
128 Dorrance Street, Ste. 450
Providence, RI 02903

Clerk's Office, Civil
Providence County Superior Court
250 Benefit Street
Providence, RI 02903

T. Dos Urbanski (mep)
T. Dos Urbanski

Date: January 12, 2005