UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FRANCIS MARX, IV and MAUREEN MARX as beneficiaries of the ESTATE OF FRANCIS J. MARX, V | : | |
| vs. | : | C.A. No. 0615 ML |
| JARRAD ROCHELEAU; LOREN WELSH; GLENN STURGEON; TREMBLAY'S BUS COMPANY, INC.; JOSEPH DECANDIDO; P.J. ENTERPRISES, INC. d/b/a THE RHINO BAR AND GRILLE and THE MAMBA ROOM; KINSLEY'S, LTD., d/b/a THE NEWPORT BLUES CAFÉ; and LAURA SITRIN, in her capacity as FINANCE DIRECTOR of the CITY OF NEWPORT | : | |

**PLAINTIFFS' MOTION TO REMAND TO STATE COURT**

Now come plaintiffs and hereby move to remand this case to the Providence County Superior Court for the State of Rhode Island and Providence Plantations.

Eric W. Nicastro, Esq. (#7115)
THE PARRILLO LAW FIRM
***Attorney for plaintiffs***
128 Dorrance Street
Suite 450
Providence, RI 02903
(401) 273-3373
(401) 273-2272 FAX

**PROOF OF SERVICE**

I hereby certify that on this 23d day of January 2006, I served the within Motion upon **T. Dos Urbanski, Esq.,** MELICK, PORTER & SHEA, LLP, 369 South Main Street, Providence, RI 02903; **Mark P. Dolan, Esq**., RICE, DOLAN & KERSHAW, 170 Westminster Street, Suite 900, Providence, RI 02903; **Marc DeSisto, Esq**., DESISTO LAW, 211 Angell Street, P.O. Box 2563, Providence, RI 02906-2563; **James S. Lawrence, Esq**., FLAHERTY & LAWRENCE, 70 Jefferson Blvd., Warwick, RI 02888; Scott J. Partington, Esq., BIGOS & PARTINGTON, Ltd, 2176 Mendon Rd., Suite 2000, Cumberland, RI 02864-3805; **Peter Brent Regan, Esq.,** 130 Bellevue Ave., Unit 2, Newport, RI 02840; and **Patrick Hayes, Jr., Esq.**, 31 America's Cup Avenue, Newport, RI 02840 by mailing a copy of same to them at their usual business addresses as set forth herein.

Robert D. Parrillo

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FRANCIS MARX, IV and MAUREEN MARX<br>as beneficiaries of the<br>ESTATE OF FRANCIS J. MARX, V | : | |
| vs. | : | C.A. No. 0615 ML |
| JARRAD ROCHELEAU; LOREN<br>WELSH; GLENN STURGEON;<br>TREMBLAY'S BUS COMPANY, INC.;<br>JOSEPH DECANDIDO; P.J. ENTERPRISES, INC.<br>d/b/a THE RHINO BAR AND GRILLE and THE<br>MAMBA ROOM; KINSLEY'S, LTD., d/b/a<br>THE NEWPORT BLUES CAFÉ; and<br>LAURA SITRIN, in her capacity as FINANCE<br>DIRECTOR of the CITY OF NEWPORT | : | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO REMAND TO STATE COURT**

This case should be remanded to the Providence County Superior Court for the State of Rhode Island and Providence Plantations because it is not removable under 28 U.S.C. § 1441(b). Additionally, this case should be remanded because all of the defendants have not joined in the petition for removal.

**I. <u>This case is not removable because four of the defendants are citizens of Rhode Island.</u>**

A complaint was initially filed in Providence County Superior Court on December 16, 2005. Thereafter, each of the defendants were served with summonses and copies of the complaint. On January 12, 2006, defendants Tremblay's Bus Company, Inc. and Glenn Sturgeon filed a notice of removal to this court. This case, however, is not removable under 28 U.S.C. § 1441(b) which states that:

> Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable ***only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.***

This wrongful death action is not founded on a claim or right arising under the Constitution, treaties or laws of the United States. (*See Complaint, Attachment A*). As such, according to section 1441(b) it may only be removed if none of the defendants is a citizen of Rhode Island. Four of the defendants, however, are citizens of the State of Rhode Island. Said defendants include Jarrad Rocheleau; P.J. Enterprises, Inc., d/b/a The Rhino Bar and Grille and The Mamba Room; Kinsley's, Ltd. d/b/a The Newport Blues Café; and Laura Sitrin, in her capacity as finance director of the City of Newport. Consequently, this case may not be removed according to the plain language of 28 U.S.C. § 1441(b).

**II. <u>This case should be remanded because all of the defendants have not joined in the petition for removal.</u>**

It is well settled that "each and every defendant who can meet the jurisdictional requirements of 28 U.S.C. 1441 must join in a petition for removal in order for the petition to be valid." McKinney v. Hunt Co., et al., 464 F.Supp. 59, 62 (D.N.C. 1978). Of the various defendants in this case, defendants Tremblay's Bus Company and Glenn Sturgeon are the only defendants who have joined in the petition to remove. Therefore, even if the requirements of section 1441 were satisfied, which plaintiffs deny, this case ought to be remanded because all of the defendants have not joined in the petition for removal.

**III. <u>The removing defendants do not object to an order to remand.</u>**

Plaintiffs' attorney has conferred with T. Dos Urbanski, counsel for defendants Tremblay's Bus Company and Glenn Sturgeon, who filed the notice of removal. Attorney

Urbanski agrees that this case is not removable and ought to be remanded to Providence County Superior Court. Mr. Urbanski has indicated that he does not object to this court entering an order for remand.

For the foregoing reasons, plaintiffs respectfully request that this court enter an order to remand this case to the Providence County Superior Court for the State of Rhode Island and Providence Plantations. A proposed order of remand is attached hereto. (*See Attachment B*).

Respectfully submitted by,
Plaintiffs,
By and through their attorneys,

Eric W. Nicastro, Esq. (#7115)
THE PARRILLO LAW FIRM
128 Dorrance Street
Suite 450
Providence, RI 02903
(401) 273-3373
(401) 273-2272 FAX

**PROOF OF SERVICE**

I hereby certify that on this 23d day of January 2006, I served the within Memorandum upon **T. Dos Urbanski, Esq.,** MELICK, PORTER & SHEA, LLP, 369 South Main Street, Providence, RI 02903; **Mark P. Dolan, Esq**., RICE, DOLAN & KERSHAW, 170 Westminster Street, Suite 900, Providence, RI 02903; **Marc DeSisto, Esq**., DESISTO LAW, 211 Angell Street, P.O. Box 2563, Providence, RI 02906-2563; **James S. Lawrence, Esq**., FLAHERTY & LAWRENCE, 70 Jefferson Blvd., Warwick, RI 02888; Scott J. Partington, Esq., BIGOS & PARTINGTON, Ltd, 2176 Mendon Rd., Suite 2000, Cumberland, RI 02864-3805; **Peter Brent Regan, Esq.,** 130 Bellevue Ave., Unit 2, Newport, RI 02840; and **Patrick Hayes, Jr., Esq.**, 31 America's Cup Avenue, Newport, RI 02840 by mailing a copy of same to them at their usual business addresses as set forth herein.

[signature]