UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FRANCIS MARX, IV and MAUREEN MARX as beneficiaries of the ESTATE OF FRANCIS J. MARX, V | : | |
| vs. | : | C.A. No. 0615 ML |
| JARRAD ROCHELEAU; LOREN WELSH; GLENN STURGEON; TREMBLAY'S BUS COMPANY, INC.; JOSEPH DECANDIDO; P.J. ENTERPRISES, INC. d/b/a THE RHINO BAR AND GRILLE and THE MAMBA ROOM; KINSLEY'S, LTD., d/b/a THE NEWPORT BLUES CAFÉ; and LAURA SITRIN, in her capacity as FINANCE DIRECTOR of the CITY OF NEWPORT | : | |

**ORDER TO REMAND TO STATE COURT**

This matter came before the court on plaintiffs' motion to remand to state court and it is hereby ORDERED:

Plaintiffs' motion is granted and this case shall be remanded to Providence County Superior Court for the State of Rhode Island and Providence Plantations.

ENTER: PER ORDER:

______________________ ______________________
Lisi, J. Clerk

DATED:__________

Respectfully submitted by,

Eric W. Nicastro, Esq. (#7115)
THE PARRILLO LAW FIRM
128 Dorrance Street
Suite 450
Providence, RI 02903
(401) 273-3373
(401) 273-2272 FAX