UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FRANCIS MARX, IV and MAUREEN MARX as beneficiaries of the ESTATE OF FRANCIS J. MARX, V | : | |
| vs. | : | C.A. No. 0615 ML |
| JARRAD ROCHELEAU; LOREN WELSH; GLENN STURGEON; TREMBLAY'S BUS COMPANY, INC.; JOSEPH DECANDIDO; P.J. ENTERPRISES, INC. d/b/a THE RHINO BAR AND GRILLE and THE MAMBA ROOM; KINSLEY'S, LTD., d/b/a THE NEWPORT BLUES CAFÉ; and LAURA SITRIN, in her capacity as FINANCE DIRECTOR of the CITY OF NEWPORT | : | |

**PLAINTIFFS' MOTION TO REMAND TO STATE COURT**

Now come plaintiffs and hereby move to remand this case to the Providence County Superior Court for the State of Rhode Island and Providence Plantations.

Eric W. Nicastro, Esq. (#7115)
THE PARRILLO LAW FIRM
***Attorney for plaintiffs***
128 Dorrance Street
Suite 450
Providence, RI 02903
(401) 273-3373
(401) 273-2272 FAX

Granted.
Mary M. Lisi
USDJ 3/3/06

**PROOF OF SERVICE**

I hereby certify that on this 23d day of January 2006, I served the within Motion upon **T. Dos Urbanski, Esq.**, MELICK, PORTER & SHEA, LLP, 369 South Main Street, Providence, RI 02903; **Mark P. Dolan, Esq.**, RICE, DOLAN & KERSHAW, 170 Westminster Street, Suite 900, Providence, RI 02903; **Marc DeSisto, Esq.**, DESISTO LAW, 211 Angell Street, P.O. Box 2563, Providence, RI 02906-2563; **James S. Lawrence, Esq.**, FLAHERTY & LAWRENCE, 70 Jefferson Blvd., Warwick, RI 02888; Scott J. Partington, Esq., BIGOS & PARTINGTON, Ltd, 2176 Mendon Rd., Suite 2000, Cumberland, RI 02864-3805; **Peter Brent Regan, Esq.**, 130 Bellevue Ave., Unit 2, Newport, RI 02840; and **Patrick Hayes, Jr., Esq.**, 31 America's Cup Avenue, Newport, RI 02840 by mailing a copy of same to them at their usual business addresses as set forth herein.

Robert D. Parrillo